499 A.2d 576

**VALE CHEMICAL COMPANY**

v.

**HARTFORD ACCIDENT AND INDEMNITY COMPANY, Petitioner,**

**and**

**Transamerica Insurance Company, and Manufacturers' Casualty Insurance Company.**

**Petition of TRANSAMERICA INSURANCE COMPANY and Manufacturers' Casualty Insurance Company.**

Supreme Court of Pennsylvania.

Oct. 18, 1985.

604

Petition for Allowance of Appeal GRANTED, Nos. 138 and 139 E.D. Appeal Docket 1985.